# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                         No. 05-10006T

MICHAEL DEON CARR,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant Michael Deon Carr, with no objection from the government and for good cause shown, the report date which is currently scheduled for April 4, 2005, and the trial date which is currently scheduled for April 11, 2005, are hereby continued. Defendant contends that additional time is needed to prepare for trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from April 11, 2005, to May 11, 2005, at 9:30 A.M.</u> The resulting period of delay, from April 11, 2005, to May 11, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for May 3, 2005, at 8:45 a.m.

IT IS SO ORDERED.

                                                            _James D. Todd_
                                                            JAMES D. TODD
                                                            UNITED STATES DISTRICT JUDGE

                                                            1 April 2005
                                                           DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10006 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT