IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _ec_ D.C.

05 MAY -4 AM 9:24

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

UNITED STATES OF AMERICA

vs                                    Criminal No. 1:05-10006-01-T

BILLY GAIL BIRMINGHAM

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for defendant the trial date of May 11, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **MONDAY, MAY 9, 2005 at 9:15 A.M.** and reset **TRIAL DATE** for **THURSDAY, JUNE 30, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of May 11, 2005, to June 30, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv) and (h)(8)(A).

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 3 May 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/05/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CR-10006 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT