IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No.  05-10006-T |
| | ) | |
| MICHAEL DEON CARR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO SUPPRESS EVIDENCE

Defendant Michael Deon Carr, by and through counsel, has moved to suppress the evidence obtained during a search and seizure of defendant's vehicle on or about December 2, 2004.  A hearing on the motion to suppress was held on May 9, 2005, at which time the court heard the testimony of witnesses and statements of counsel.  Based upon the evidence presented, and for the reasons stated in open court on May 9, 2005, defendant's motion to suppress is denied.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 May 2005
DATE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:05-CR-10006 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT