IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                        Criminal No. 1:05-10006-01-T

MICHAEL DEON CARR


## AMENDED ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The order entered in the above matter on May 4, 2005, is hereby amended to correct the defendant's name to Michael Deon Carr. The following information will remain the same.

Upon motion of counsel for defendant the trial date of May 11, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **MONDAY, MAY 9, 2005 at 9:15 A.M.** and reset **TRIAL DATE** for **THURSDAY, JUNE 30, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of May 11, 2005, to June 30, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv) and(h)(8)(A).

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  05-10-05

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 9 May 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:05-CR-10006 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT