IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                          CR. 05-10006-T/An

Michael D. Carr

ORDER REFUNDING CASH APPEARANCE BOND

It appears to the Court that the above-named defendant on the 4th day of February, 2005, did cause a fifteen thousand dollar ($15,000) appearance bond to be posted on his behalf by posting 10% or $1500 in cash. Said $1500 was receipted in the name of Joey Ingram, receipt #J28027, having been deposited in the Registry Fund of this Court.

It now appears to the Court that the defendant has complied with the requirements of said bond and orders of this Court.

It is therefore ordered that the above-named defendant's appearance bond be cancelled and discharged, and the Clerk is directed to issue a check in the sum of one thousand five hundred dollars ($1500), payable to Joey Ingram, 15 Greenhill Dr., Jackson, TN, 38305, in full refund of the cash appearance bond posted herein.

Approved:

Robert R. Di Trolio, Clerk of Court

By: C. Heard
    Deputy Clerk

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 10 November 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-15-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 1:05-CR-10006 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Raymond J. Rigat
GILBRIDE & RIGAT
23 E. Main St.
Clinton, CT 06413

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT