IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Cr. No. 1:05-10006-01-T

MICHAEL DEON CARR,

    Defendant.

---

### MOTION FOR RECOMMENDATION TO THE BUREAU OF PRISONS TO ALLOW MICHAEL CARR TO PARTICIPATE IN A PROGRAM FOR TREATMENT OF NARCOTIC ADDICTION AND DRUG DEPENDENCY WHILE INCARCERATED

    **COMES NOW** the Movant, Michael Deon Carr, by and through his attorney of record, David W. Camp, and hereby moves this Honorable Court to recommend to the Bureau of Prisons to allow Michael Carr to participate in a program for treatment narcotic addition and drug dependency, while Movant is incarcerated and in support thereof would show unto the court as follows:

1. That the Movant was indicted by the Grand Jury for the Western District of Tennessee on or about January 24, 2005;

2. That the Movant was arrested pursuant to this indictment on or about Saturday, January 29, 2005;

3. That the Movant plead guilty and was sentenced to seventy-two months in prison;

4. That as a condition of his supervised release he is to participate in a program that has been approved by his Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.

**MOTION GRANTED**
DATE: 22 December 2005

*James D. Todd*
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-29-05



5. Movant has indicated his desire to receive treatment for drug and alcohol addiction but no recommendation was made by the court that the Bureau of Prisons permit him to receive said treatment.

6. Movant request this recommendation be made by the court in order to obtain assistance he needs for narcotic addiction and/or drug dependency.

**WHEREFORE PREMISES CONSIDERED** Movant prays:

1. That this Honorable Court recommend to the Bureau of Prisons that Michael Deon Carr be permitted to participate in a program for treatment of narcotic addiction or drug dependency.

2. For all such general and specific relief to which the Movant may be entitled.

Respectfully submitted,
LAW OFFICES OF DAVID W. CAMP, PLLC

_____
DAVID W. CAMP (#013739)
Attorney for Defendant/Movant
403 N Parkway, Suite 101
Jackson, Tennessee 38305
(731) 664-4499

## CERTIFICATE OF SERVICE

I certify that on the date shown below I have served a copy of the aforementioned pleading on the opposing party(s) by mailing a copy via United States Postal Service, postage prepaid, to:

Mr. James Powell
U.S. Attorney's Office, Western District
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301

_____
DAVID W. CAMP, Atty.

12-24-05
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 1:05-CR-10006 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Raymond J. Rigat
GILBRIDE & RIGAT
23 E. Main St.
Clinton, CT 06413

Honorable James Todd
US DISTRICT COURT